# IN THE SUPREME COURT OF THE STATE OF NEVADA

HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE, IN
TRUST FOR THE REGISTERED
HOLDERS OF ACE SECURITIES
CORP. HOME EQUITY LOAN TRUST,
SERIES 2006-NC2, ASSET BACKED
PASS-THROUGH CERTIFICATES,
     Appellant,
    vs.
ANTHONY S. NOONAN IRA, LLC, A
NEVADA LIMITED LIABILITY
COMPANY AND ALLIED TRUSTEE
SERVICES, A NEVADA LIMITED-
LIABILITY COMPANY,
     Respondents.

No. 73030

FILED

MAY 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. David M. Jones, District Judge
  Hon. Nancy L. Allf, District Judge
  Robert Saint-Aubin, Settlement Judge
  Wright, Finlay & Zak, LLP/Las Vegas
  The Law Office of Mike Beede, PLLC
  Lipson Neilson Cole Seltzer & Garin, P.C.
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-20606